District Judge Settle

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

                            Petitioner,

            v.

JAMES DEKOKER,

                            Respondent.

No. 10-MC-5025-BHS

CERTIFICATE OF SERVICE

18  The undersigned hereby certifies that she is an employee in the Office of the

19  United States Attorney for the Western District of Washington, and is a person of such

20  age and discretion as to be competent to serve papers.

21  That on October 27, 2010, she caused a copy of the Petition to Enforce Internal

22  Revenue Service Summons with exhibits, Proposed Order of Reference And Directing

23  Respondent To Show Cause, and Proposed Order of Enforcement of Summons, and a

24  copy of this Certificate of Service to be served upon the individual hereinafter named by

25  first class mail, postage prepaid as follows:

26  James DeKoker
    2145 Jackson Hwy
27  Chehalis, WA 98532

28

CERTIFICATE OF SERVICE - 1
(10-MC-5025-BHS)

DATED this 27th day of October, 2010.

/s/ Linda Seilinger
Linda Seilinger, Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone No.  (206) 553-2637
Facsimile No. (206) 553-4067
E-mail: linda.seilinger@usdoj.gov

CERTIFICATE OF SERVICE - 2
(10-MC-5025-BHS)